UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLARE R. KELLY, JUDGE

| | |
|---|---|
| JSW STEEL (USA) Inc., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 19-00133 |
| UNITED STATES, | ) |
| Defendant. | ) |

### DECLARATION OF JOSEPH W. PLYE

I, Joseph W. Plye, declare as follows:

1. I am a consultant to counsel in the above-captioned case, engaged to assist in the preparation of this action.

2. I have received and read the Protective Order entered in this action on September 25, 2019 (Dkt. 13) (the "Protective Order").

3. I understand that my access to confidential information is and will be under the direction and control of counsel in this litigation.

4. I will comply with the terms of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Cincinnati, Ohio
October 11, 2019

Joseph W. Plye