UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLARE R. KELLY, JUDGE

|  |  |
|---|---|
| JSW STEEL (USA) Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 19-00133 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF R. MATTHEW BURKE**

I, R. Matthew Burke, declare as follows:

1. I am an attorney at the law firm Chaffetz Lindsey LLP, attorneys for Plaintiff JSW Steel (USA) Inc. ("JSW") in this action. I am duly admitted to practice before the United States Court of International Trade.

2. I respectfully submit this Declaration in support of Plaintiff's Memorandum of Law in Support of its Motion for Judgment on the Agency Record.

3. Attached hereto as **Exhibit A** is a compilation of Exclusion Requests and the Decisions of the Department of Commerce concerning Harmonized Tariff Schedule of the United States ("HTSUS") codes "72077120050" and "7224900055." I compiled this spreadsheet from publicly available records of the Department of Commerce (the "Department"). Specifically, I compiled this information by (a) navigating to Regulations.gov; (b) searching for "BIS-2018-0006"; (c) selecting "Featured Result – Docket ID: BIS-2018-0006"; (d) selecting "View all documents and comments in this Docket"; (e) searching in the docket for

"72077120050" and "7224900055"; and (f) reviewing and compiling, to the best of my skill and ability, the public documents found therein.

4. These records indicate that the Department denied exclusion requests for 16.3 million metric tons of steel slab claiming that the slab "is produced in the United States in a sufficient and reasonably available amount."

5. Attached hereto as **Exhibit B** is a true and correct copy a Press Release, issued by U.S. Steel, entitled "United States Steel Announces Restart of Construction of Electric Arc Furnace," dated February 11, 2019, and available at https://www.ussteel.com/newsroom/united-states-steel-announces-restart-construction-electric-arc-furnace.

6. Attached hereto as **Exhibit C** is a true and correct copy of a Management Alert, issued by Carol N. Rice, Assistant Inspector General for Audit and Evaluation, United States Department of Commerce, Office of Inspector General, entitled "Management Alert: Certain Communications by Department Officials Suggest Improper Influence in the Section 232 Exclusion Request Review Process," No. OIG-20-003-M, dated October 28, 2019, and available at https://www.oig.doc.gov/OIGPublications/OIG-20-003-M.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         December 13, 2019

*[signature]*
R. Matthew Burke