# EXHIBIT A

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|-----------|-------------|------|----------|-----------|-----------|-----------|-----------|-----------|-----------|
| BIS-2018-0006-0255 | 24-Apr-18 | 7207120050 | Evraz Inc. | 151,485 | Y | Y | Y | Y | N |
| BIS-2018-0006-0257 | 24-Apr-18 | 7207120050 | Evraz Inc. | 11,241 | Y | Y | Y | Y | N |
| BIS-2018-0006-0260 | 24-Apr-18 | 7207120050 | Evraz Inc. | 8,225 | Y | Y | Y | Y | N |
| BIS-2018-0006-0264 | 24-Apr-18 | 7207120050 | Evraz Inc. | 93,496 | Y | Y | Y | Y | N |
| BIS-2018-0006-0266 | 24-Apr-18 | 7207120050 | Evraz Inc. | 47,368 | Y | Y | Y | Y | N |
| BIS-2018-0006-0269 | 24-Apr-18 | 7207120050 | Evraz Inc. | 4,798 | Y | Y | Y | Y | N |
| BIS-2018-0006-0270 | 24-Apr-18 | 7207120050 | Evraz Inc. | 55,666 | Y | Y | Y | Y | N |
| BIS-2018-0006-0271 | 24-Apr-18 | 7207120050 | Evraz Inc. | 28,922 | Y | Y | Y | Y | N |
| BIS-2018-0006-0272 | 24-Apr-18 | 7207120050 | Evraz Inc. | 5,027 | Y | Y | Y | Y | N |
| BIS-2018-0006-0274 | 24-Apr-18 | 7207120050 | Evraz Inc. | 27,829 | Y | Y | Y | Y | N |
| BIS-2018-0006-0275 | 24-Apr-18 | 7207120050 | Evraz Inc. | 16,803 | Y | Y | Y | Y | N |
| BIS-2018-0006-0278 | 24-Apr-18 | 7207120050 | Evraz Inc. | 5,198 | Y | Y | Y | Y | N |
| BIS-2018-0006-0279 | 24-Apr-18 | 7207120050 | Evraz Inc. | 10,579 | Y | Y | Y | Y | N |
| BIS-2018-0006-0281 | 24-Apr-18 | 7207120050 | Evraz Inc. | 9,641 | Y | Y | Y | Y | N |
| BIS-2018-0006-0291 | 24-Apr-18 | 7224900055 | Evraz Inc. | 40,853 | Y | Y | Y | Y | N |
| BIS-2018-0006-0293 | 24-Apr-18 | 7224900055 | Evraz Inc. | 87,145 | Y | Y | Y | Y | N |
| BIS-2018-0006-0466 | 26-Apr-18 | 7224900055 | Evraz Inc. | 594 | Y | Y | Y | Y | N |
| BIS-2018-0006-0467 | 26-Apr-18 | 7224900055 | Evraz Inc. | 9,198 | Y | Y | Y | Y | N |
| BIS-2018-0006-0468 | 26-Apr-18 | 7224900055 | Evraz Inc. | 5,908 | Y | Y | Y | Y | N |
| BIS-2018-0006-0469 | 26-Apr-18 | 7224900055 | Evraz Inc. | 6,786 | Y | Y | Y | Y | N |
| BIS-2018-0006-0470 | 26-Apr-18 | 7224900055 | Evraz Inc. | 14,643 | Y | Y | Y | Y | N |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-0471 | 26-Apr-18 | 7224900055 | Evraz Inc. | 2,548 | Y | Y | Y | Y | N |
| BIS-2018-0006-0472 | 26-Apr-18 | 7224900055 | Evraz Inc. | 6,576 | Y | Y | Y | Y | N |
| BIS-2018-0006-0473 | 26-Apr-18 | 7224900055 | Evraz Inc. | 6,576 | Y | Y | Y | Y | N |
| BIS-2018-0006-0475 | 26-Apr-18 | 7224900055 | Evraz Inc. | 3,587 | Y | Y | Y | Y | N |
| BIS-2018-0006-0476 | 26-Apr-18 | 7224900055 | Evraz Inc. | 888 | Y | Y | Y | Y | N |
| BIS-2018-0006-0477 | 26-Apr-18 | 7224900055 | Evraz Inc. | 897 | Y | Y | Y | Y | N |
| BIS-2018-0006-0479 | 26-Apr-18 | 7224900055 | Evraz Inc. | 14,643 | Y | Y | Y | Y | N |
| BIS-2018-0006-0640 | 27-Apr-18 | 7207120050 | Evraz Inc. | 322,044 | Y | Y | Y | Y | N |
| BIS-2018-0006-0680 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 36,014 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0681 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 9,624 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0682 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 13,590 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0683 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0684 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0686 | 30-Apr-18 | 7207120050 | NLMK Indiana, LLC | 192,986 | Y | Y | Y | Y | N |
| BIS-2018-0006-0688 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | N | Y |
| BIS-2018-0006-0691 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0693 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 19,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0694 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0695 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0696 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0697 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-0698 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0701 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0702 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0704 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 96,400 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0707 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 44,968 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0714 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 14,144 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0715 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 7,088 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0717 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 1,595 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0723 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 38,113 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0725 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 1,146 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0727 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 36,630 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0729 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 170,563 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0731 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 45,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0732 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 125,824 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0734 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 10,353 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0735 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 323 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0737 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 185,640 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0738 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 53,878 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0739 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 821,365 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0740 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 20,313 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0742 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 8,407 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-0743 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 1,080 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0744 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 139,416 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0745 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 22,175 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0746 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 26 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0747 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0785 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 4,273 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0786 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 12,856 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0787 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0789 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0790 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0806 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0807 | 30-Apr-18 | 7207120050 | NLMK Pennsylvania, LLC | 696 | Y | Y | Y | Y | Y |
| BIS-2018-0006-0885 | 1-May-18 | 7207120050 | NLMK Indiana, LLC | 110,372 | Y | Y | Y | Y | N |
| BIS-2018-0006-0886 | 1-May-18 | 7207120050 | NLMK Indiana, LLC | 6,529 | Y | Y | Y | Y | N |
| BIS-2018-0006-0887 | 1-May-18 | 7207120050 | NLMK Indiana, LLC | 5,424 | Y | Y | Y | Y | N |
| BIS-2018-0006-0888 | 1-May-18 | 7207120050 | NLMK Indiana, LLC | 84,690 | Y | Y | Y | Y | N |
| BIS-2018-0006-1015 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1020 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 450,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1023 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1027 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1031 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-1035 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1039 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1042 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1044 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1045 | 1-May-18 | 7207120050 | NLMK Pennsylvania, LLC | 34,500 | Y | Y | Y | N | Y |
| BIS-2018-0006-1218 | 2-May-18 | 7207120050 | JSW Steel (USA) Inc. | 140,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-1221 | 2-May-18 | 7207120050 | JSW Steel (USA) Inc. | 240,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-1227 | 2-May-18 | 7207120050 | JSW Steel (USA) Inc. | 75,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-2335 | 9-May-18 | 7224900055 | JSW Steel (USA) Inc. | 20,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-2336 | 9-May-18 | 7224900055 | JSW Steel (USA) Inc. | 48,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-2337 | 9-May-18 | 7224900055 | JSW Steel (USA) Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-3753 | 17-May-18 | 7207120050 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-3774 | 17-May-18 | 7207120050 | California Steel Industries, Inc. | 19,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-3953 | 17-May-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-4996 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 21,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-4999 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5003 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5008 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5035 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 42,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5042 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5047 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 13,000 | Y | Y | Y | Y | N |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-5054 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5062 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5067 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5073 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5076 | 22-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5283 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 21,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5286 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5289 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5291 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 42,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5292 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 13,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5293 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5294 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5297 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5300 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5303 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5304 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5307 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5309 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5313 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 108,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5319 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 11,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5322 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 9,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-5328 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 121,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5329 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5336 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 21,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5340 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5341 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5344 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5348 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 66,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5349 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5350 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5353 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 42,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5358 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5360 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 13,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5362 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5364 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5366 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5371 | 23-May-18 | 7224900055 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5373 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5375 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5376 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5378 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5380 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 43,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-5381 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 24,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5382 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5383 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5385 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 26,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5386 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5389 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5390 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 124,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5392 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 26,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5393 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 11,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5395 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5397 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5399 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 57,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5402 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 103,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5404 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5409 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 75,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5452 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 19,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5455 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5458 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5464 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5468 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5476 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-5479 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 20,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5481 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5483 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5485 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5487 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 27,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5492 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 44,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5494 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5496 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 91,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5497 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 19,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5499 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5501 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5507 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5509 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5511 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 27,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-5513 | 23-May-18 | 7207120050 | California Steel Industries, Inc. | 13,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5695 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5698 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5699 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 20,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5700 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5701 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 20,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5702 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | N |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-5703 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 600,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5704 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5705 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5706 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 20,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5709 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 16,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5711 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 28,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5713 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 600,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5715 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5716 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 16,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5717 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5718 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 48,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5719 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 40,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5721 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5723 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 24,000 | Y | N | Y | Y | N |
| BIS-2018-0006-5724 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5726 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 400,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-5727 | 24-May-18 | 7224900055 | California Steel Industries, Inc. | 600,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-6016 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6017 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6018 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6019 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-6020 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 24,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6021 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 32,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6022 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 72,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6023 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 336,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6024 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6025 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 116,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6026 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 28,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6027 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 20,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6028 | 24-May-18 | 7207120050 | California Steel Industries, Inc. | 20,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6091 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6096 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 56,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6100 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 20,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6106 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6150 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6173 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6174 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6175 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6176 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 40,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-6177 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 16,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6178 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 512,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6180 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 600,000 | Y | N | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-6181 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 92,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6182 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 64,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6183 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6316 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6318 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 96,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6319 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6322 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 132,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6323 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6324 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6326 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 116,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6327 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 28,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6329 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 324,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6330 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 48,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6333 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 1,432,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6334 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6336 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 272,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6337 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 32,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6338 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 28,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6341 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 24,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6343 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6347 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-6349 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6351 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 672,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6352 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 600,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6354 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6356 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6358 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 80,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6359 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6362 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 168,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6363 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 400,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6364 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 20,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6365 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 152,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6366 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6367 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 140,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6368 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 452,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6369 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 48,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6370 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 1,440,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6371 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 500,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6372 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 280,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6373 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 76,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6374 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 68,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-6375 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | N | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-6376 | 25-May-18 | 7207120050 | California Steel Industries, Inc. | 52,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-7454 | 31-May-18 | 7207120050 | California Steel Industries, Inc. | 120,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-7555 | 1-Jun-18 | 7207120050 | California Steel Industries, Inc. | 660,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-7557 | 1-Jun-18 | 7207120050 | California Steel Industries, Inc. | 600,000 | Y | N | Y | Y | Y |
| BIS-2018-0006-8130 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8134 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8135 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8240 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8244 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8246 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 51,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8249 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8251 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 29,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8254 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8257 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8260 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8262 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8272 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 37,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8276 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8294 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8295 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8296 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-8297 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8298 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8299 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8300 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8301 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8302 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8303 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8304 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8305 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8307 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8308 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8309 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8310 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8311 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8313 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8314 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8315 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8317 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8318 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8320 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8334 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-8338 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8368 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8371 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8372 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8377 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8380 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 7,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8385 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 12,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8388 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 36,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8391 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 8,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8395 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 95,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8398 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8401 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 22,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8407 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8411 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8413 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 1,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8424 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8429 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 100,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-8431 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8432 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 2,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8433 | 6-Jun-18 | 7207120050 | California Steel Industries, Inc. | 61,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-8442 | 6-Jun-18 | 7224900055 | California Steel Industries, Inc. | 125,000 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-16971 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16973 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16975 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16977 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 3,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16979 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 9,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16991 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 81,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16995 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-16998 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-17003 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-17004 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 80,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-17005 | 6-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-18417 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 80,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-18432 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-18437 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 10,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-18441 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 6,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-18460 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-18465 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-18470 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 5,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-18556 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | N |
| BIS-2018-0006-18558 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-18560 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 9,000 | Y | Y | Y | Y | N |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-18639 | 16-Jul-18 | 7224900055 | Evraz Inc. | 567 | Y | Y | Y | Y | N |
| BIS-2018-0006-19005 | 16-Jul-18 | 7207120050 | Evraz Inc. | 2,223 | Y | Y | Y | Y | N |
| BIS-2018-0006-19008 | 16-Jul-18 | 7207120050 | Evraz Inc. | 567 | Y | Y | Y | Y | N |
| BIS-2018-0006-19010 | 16-Jul-18 | 7207120050 | Evraz Inc. | 1,111 | Y | Y | Y | Y | N |
| BIS-2018-0006-19014 | 16-Jul-18 | 7224900055 | Evraz Inc. | 7,530 | Y | Y | Y | Y | N |
| BIS-2018-0006-19019 | 16-Jul-18 | 7207120050 | Evraz Inc. | 2,177 | Y | Y | Y | Y | N |
| BIS-2018-0006-19022 | 16-Jul-18 | 7207120050 | Evraz Inc. | 5,534 | Y | Y | Y | Y | N |
| BIS-2018-0006-18452 | 16-Jul-18 | 7207120050 | California Steel Industries, Inc. | 77,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-19134 | 17-Jul-18 | 7207120050 | Evraz Inc. | 3,084 | Y | N | Y | Y | N |
| BIS-2018-0006-19138 | 17-Jul-18 | 7224900055 | Evraz Inc. | 7,688 | Y | N | Y | Y | N |
| BIS-2018-0006-20588 | 18-Jul-18 | 7207120050 | AM/NS Calvert LLC | 38,092 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20588 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 38,092 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20594 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 43,758 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20601 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 43,282 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20609 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 32,476 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20613 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 37,991 | Y | Y | Y | Y | Y |
| BIS-2018-0006-20619 | 18-Jul-18 | 7224900055 | AM/NS Calvert LLC | 89,845 | Y | Y | Y | Y | Y |
| BIS-2018-0006-23689 | 24-Jul-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-23697 | 24-Jul-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-23701 | 24-Jul-18 | 7224900055 | California Steel Industries, Inc. | 4,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-24194 | 24-Jul-18 | 7207120050 | NLMK Pennsylvania, LLC | 233,502 | Y | Y | Y | Y | Y |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-27294 | 30-Jul-18 | 7224900055 | Evraz Inc. | 16,329 | Y | Y | Y | Y | N |
| BIS-2018-0006-27296 | 30-Jul-18 | 7224900055 | Evraz Inc. | 5,443 | Y | Y | Y | Y | N |
| BIS-2018-0006-27299 | 30-Jul-18 | 7224900055 | Evraz Inc. | 10,886 | Y | Y | Y | Y | N |
| BIS-2018-0006-27303 | 30-Jul-18 | 7224900055 | Evraz Inc. | 21,772 | Y | Y | Y | Y | N |
| BIS-2018-0006-29409 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 12,548 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29410 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 195,200 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29411 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 71,868 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29413 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 70,444 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29415 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 39,287 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29417 | 3-Aug-18 | 7207120050 | AM/NS Calvert LLC | 80,125 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29462 | 3-Aug-18 | 7207120050 | JSW Steel (USA) Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29465 | 3-Aug-18 | 7224900055 | JSW Steel (USA) Inc. | 25,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29470 | 3-Aug-18 | 7207120050 | JSW Steel (USA) Inc. | 150,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29474 | 3-Aug-18 | 7224900055 | JSW Steel (USA) Inc. | 25,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29481 | 3-Aug-18 | 7207120050 | JSW Steel (USA) Inc. | 350,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29484 | 3-Aug-18 | 7224900055 | JSW Steel (USA) Inc. | 200,000 | Y | Y | Y | Y | Y |
| BIS-2018-0006-29575 | 3-Aug-18 | 7207120050 | Evraz Inc. | 4,354 | Y | Y | Y | Y | N |
| BIS-2018-0006-29577 | 3-Aug-18 | 7207120050 | Evraz Inc. | 30,264 | Y | Y | Y | Y | N |
| BIS-2018-0006-29579 | 3-Aug-18 | 7207120050 | Evraz Inc. | 3,810 | Y | Y | Y | Y | N |
| BIS-2018-0006-29580 | 3-Aug-18 | 7207120050 | Evraz Inc. | 726 | Y | Y | Y | Y | N |
| BIS-2018-0006-29583 | 3-Aug-18 | 7207120050 | Evraz Inc. | 1,451 | Y | Y | Y | Y | N |

| Docket ID | Date Posted | HTUS | Importer | Volume (metric tons) 1000 kg = 1 metric ton | Commerce Denied Request? | Commerce Determined Sufficient U.S. Availability? | US Steel Objected? | Nucor Objected? | AK Steel Objected? |
|---|---|---|---|---|---|---|---|---|---|
| BIS-2018-0006-29597 | 3-Aug-18 | 7224900055 | Evraz Inc. | 18,144 | Y | Y | Y | Y | N |
| BIS-2018-0006-29599 | 3-Aug-18 | 7224900055 | Evraz Inc. | 22,680 | Y | Y | Y | Y | N |
| BIS-2018-0006-29602 | 3-Aug-18 | 7224900055 | Evraz Inc. | 22,680 | Y | Y | Y | Y | N |
| BIS-2018-0006-29604 | 3-Aug-18 | 7224900055 | Evraz Inc. | 7,257 | Y | Y | Y | Y | N |
| BIS-2018-0006-29605 | 3-Aug-18 | 7224900055 | Evraz Inc. | 7,257 | Y | Y | Y | Y | N |
| BIS-2018-0006-29606 | 3-Aug-18 | 7224900055 | Evraz Inc. | 40,823 | Y | Y | Y | Y | N |
| BIS-2018-0006-29611 | 3-Aug-18 | 7224900055 | Evraz Inc. | 40,823 | Y | Y | Y | Y | N |
| BIS-2018-0006-29612 | 3-Aug-18 | 7224900055 | Evraz Inc. | 18,144 | Y | Y | Y | Y | N |
| BIS-2018-0006-29614 | 3-Aug-18 | 7224900055 | Evraz Inc. | 3,701 | Y | Y | Y | Y | N |
| BIS-2018-0006-29617 | 3-Aug-18 | 7224900055 | Evraz Inc. | 5,443 | Y | Y | Y | Y | N |
| BIS-2018-0006-29621 | 3-Aug-18 | 7207120050 | Evraz Inc. | 9,435 | Y | Y | Y | Y | N |
| BIS-2018-0006-29627 | 3-Aug-18 | 7207120050 | Evraz Inc. | 2,903 | Y | Y | Y | Y | N |
| BIS-2018-0006-29632 | 3-Aug-18 | 7207120050 | Evraz Inc. | 29,211 | Y | Y | Y | Y | N |
| BIS-2018-0006-29635 | 3-Aug-18 | 7207120050 | Evraz Inc. | 4,717 | Y | Y | Y | Y | N |
| BIS-2018-0006-29639 | 3-Aug-18 | 7207120050 | Evraz Inc. | 726 | Y | Y | Y | Y | N |