## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **JSW STEEL (USA) INC.,** | |
| **Plaintiff,** | **Before: Claire R. Kelly, Judge** |
| **v.** | **Court No. 19-00133** |
| **UNITED STATES,** | |
| **Defendant.** | |

## <u>AMENDED SCHEDULING ORDER</u>

Before the court is Defendant's partial consent motion for a 25-day extension of time to file its response brief pursuant to United States Court of International Trade ("USCIT") Rule 56.1.  <u>See</u> Def.'s Partial Consent Mot. Extension Time File R. 56.2 Resp. Br., Jan. 31, 2020, ECF No. 41 ("Def.'s Mot.").  Defendant claims that this extension is necessary because, although it has completed a draft response brief, it must still engage in a multi-agency review process.  <u>Id.</u> at 1–2.  Defendant states that this review is made all the more important because this case is one of first impression, and the United States may face a large number of claims going forward.  <u>Id.</u> at 1. Further, Defendant contends that its counsel has multiple other official commitments, including official travel, that will make defense counsel unavailable between February 11–15, 2020.  <u>Id.</u> at 2.

Plaintiff JSW Steel (USA) Inc. opposes this extension.  Although it is Defendant's first request for an extension of time, Plaintiff points out that the original scheduling order built in more time than the USCIT Rules would otherwise provide for Defendant to submit its response brief.  Pl.'s Opp'n [Def.'s Mot.] at 2–3, Feb. 3, 2020, ECF No. 42

("Pl.'s Opp'n").  Moreover, Plaintiff avers that the Government, when it sought consent

from Plaintiff via email, initially requested only an extension until February 21, 2020, and

now Defendant seeks an extension up to and including February 28, 2020.  Id. at 1–2

      Although extensions of time to file are routinely made on consent and granted in

this Court, defense counsel cannot assume consent of the parties or the acquiescence

of the court.  Plaintiff has every reason to expect the timely resolution of its case.

Nonetheless, the Court recognizes defense counsel in this case is in a difficult position.

It must secure a robust internal review from multiple agencies to finalize its response

brief.  Yet, defense counsel could not have been unaware that such review would be

needed, and, indeed, Defendant wisely sought and obtained additional response time

when setting and agreeing to the schedule in this case.  See Scheduling Order, Oct. 29,

2019, ECF No. 24.  Moreover, Government counsel indicates that as of January 31,

2020, the response was already drafted.  See Def.'s Mot. at 1.  One would think two

weeks would be sufficient time to secure necessary review.  Defense counsel indicates

that he will be out of the office on official travel through February 15, 2020.  Id. at 2.

Defendant should be able to secure the appropriate review in the upcoming two weeks

and still be able to finalize its response.  Surely, some of this work can be done remotely

and assisted by colleagues.  Given that defense counsel will not be back in the office

until the week of February 17, 2020, the date to respond is extended to February 21,

2020.

      Plaintiff points to the harm of delayed resolution of this case and receipt of

monetary damages it believes it will succeed in obtaining.  Pl.'s Opp'n at 2.  This is not a

unique harm; hopeful plaintiffs often must await the sometimes-lengthy process of

litigation, which may include reasonable extensions of time.   Plaintiff's counsel will receive the same length of extension to file its reply.  If the extended reply date conflicts with previously scheduled obligations, the court will entertain a motion for a reasonable extension of time.

Given the foregoing, and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Scheduling Order, Oct. 29, 2019, ECF No. 24, is amended as follows:

1.  Defendant shall file any responsive brief on or before Friday, February 21, 2020;

2.  Plaintiff shall file any reply brief on or before Friday, March 13, 2020;

3.  Any motions for oral argument shall be filed on or before Friday, April 3, 2020.

 /s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: February 4, 2020
New York, New York